**ManpowerGroup**
**Public Sector**

6400 Arlington Boulevard, Third Floor, Falls Church, Virginia 22042  Tel. (703) 245-9400  Fax. (703) 245-9401
www.manpowergroup.com

## CERTIFICATE OF TRANSLATION

I, Liliana Gonzalez, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. All archival seals, stamps, and certifications have been translated here.

English Title:  Final Documents for Figueroa Sepulveda et al.

Spanish Title:  Final Documents for Figueroa Sepulveda et al.

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this 5th day of January 2015.

_____
Signature